UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gemini of Westmont, Inc. d/b/a Son's Auto Supply, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>Chamption Laboratories, Inc., Purolator Filters N.A., L.L.C., Honeywell International Inc., Wix Filtration Corp. LLC, Cummins Filtration, Inc., The Donaldson Company, Baldwin Filters, Inc. Bosch U.S.A., Mann + Hummell U.S.A., Inc., and Arvinmeritor, Inc.,<br><br>      Defendants. | CIVIL ACTION NO. |

**APPEARANCE**

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Plaintiff.

| | |
|---|---|
| __May 12, 2008__<br>Date | _/s/ David R. Schaefer_<br>David R. Schaefer |
| __ct04334__<br>Connecticut Federal Bar Number | BRENNER, SALTZMAN & WALLMAN LLP |
| __203-772-2600__<br>Telephone Number | 271 Whitney Avenue<br>Address |
| __203-562-2098__<br>Fax Number | New Haven, CT 06511 |
| __dschaefer@bswlaw.com__<br>Email Address | |

m:\docs\05973\001\a89812.doc