UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEMINI OF WESTMONT, INC. d/b/a SON'S AUTO SUPPLY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC.<br>Defendants. | Case No. 3:08-CV-722<br><br><br><br>June 4, 2008 |

### PLAINTIFF'S MOTION TO TRANSFER ACTION TO THE DOCKET OF THE HONORABLE JANET BOND ARTERTON

Plaintiff Gemini of Westmont, Inc. d/b/a Son's Auto Supply ("Gemini"), hereby respectfully moves this Court, pursuant to 28 U.S.C. § 1404(b) and Local Civil Rule 40(b), for transfer of the above-captioned action to the docket of the Honorable Janet Bond Arterton. As more fully stated in the accompanying Memorandum of Law, this action is related to another earlier filed action assigned to Judge Arterton. Therefore, transfer of this action to Judge Arterton's docket will preserve judicial resources and avoid the potential for duplicative discovery and pretrial proceedings.

Respectfully submitted,

*/s/ David R. Schaefer*
David R. Schaefer (Bar No. 04334)
**BRENNER, SALTZMAN & WALLMAN, LLP**
271 Whitney Avenue
New Haven, CT 06507-1746
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com

**BOLOGNESE & ASSOCIATES, LLC**
Anthony J. Bolognese
Joshua H. Grabar
1500 JFK Blvd., Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750
Fax: (215) 814-6764

**EDELSON & ASSOCIATES**
Marc H. Edelson
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

*Counsel for Plaintiff Gemini of Westmont, Inc.
d/b/a Son's Auto Supply, and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2008, a copy of the foregoing Plaintiff's Motion to Transfer Action to the Docket of the Honorable Janet Bond Arterton was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

*/s/ David R. Schaefer*
David R. Schaefer (ct 04334)