UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEMINI OF WESTMONT INC.<br>i/ & o/b/o all others similarly situated<br>doing business as<br>Son's Auto Supply,<br><br>　　　　　Plaintiff,<br>v.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. LLC,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS,<br>CUMMINS FILTRATION INC.,<br>THE DONALDSON COMPANY,<br>BALDWIN FILTERS INC., BOSCH USA,<br>MANN + HUMMEL USA, INC.,<br>ARVINMERITOR, INC<br><br>　　　　　Defendants. | CASE NO. 3:08 CV 722 (MRK) |

## ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge Janet B. Arterton for all purposes including trial. All further non-electronic pleadings or documents in this matter should be filed with the Clerk's Office in New Haven, and shall bear the docket number 3:08 CV 722 (JBA). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 9th day of June 2008.

　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.


　　　　　　　　　　　　　　　　　　　　/s/　　　　Mark R. Kravitz
　　　　　　　　　　　　　　　　　　　　United States District Judge