UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEMINI OF WESTMONT, INC. d/b/a<br>SON'S AUTO SUPPLY, on behalf of itself and<br>all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.,<br>PUROLATOR FILTERS N.A. L.L.C.,<br>HONEYWELL INTERNATIONAL INC.,<br>WIX FILTRATION PRODUCTS, CUMMINS<br>FILTRATION INC., THE DONALDSON<br>COMPANY, BALDWIN FILTERS INC.,<br>BOSCH U.S.A., MANN + HUMMEL U.S.A.,<br>INC., ARVINMERITOR, INC. and UNITED<br>COMPONENTS, INC.<br>  Defendants. | Case No. 3:08-CV-722<br><br><br><br>JUNE 23, 2008 |

**PLAINTIFFS' MOTION FOR ADMISSION
OF ANTHONY J. BOLOGNESE, ESQ.**

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Anthony J. Bolognese, Esq. be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of the Plaintiffs. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court and is a member of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Anthony J. Bolognese is an member of the law firm of Bolognese & Associates, LLC, Two Penn Center 1500 JFK Boulevard, Suite 320, Philadelphia, PA 19102

AA1762.DOC

3. Attorney Bolognese is a member in good standing of the bars of the following courts:

    (a) Eastern District of Pennsylvania;

    (b) Court of Appeals for the Third Circuit; and

    (c) Supreme Court of Pennsylvania.

4. Based on the Affidavit of Attorney Bolognese, submitted concurrently herewith and attached hereto as **Exhibit A**, Attorney Bolognese has never been denied admission or disciplined by this Court or by any other court.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite twenty-five dollar fee ($25.00) for admission of Attorney Bolognese, which is submitted herewith, the Court enter an order permitting Attorney Bolognese to represent the Plaintiffs in this civil action as a visiting lawyer.

AA1762.DOC

Respectfully submitted,

_____
David R. Schaefer (Bar No. 04334)
**BRENNER, SALTZMAN & WALLMAN, LLP**
271 Whitney Avenue
New Haven, CT 06507-1746
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com

*Counsel for Plaintiff Gemini of Westmont, Inc.*
*d/b/a Son's Auto Supply, and the Proposed Class*

AA1762.DOC

## CERTIFICATE OF SERVICE

This is to certify that as of this 23rd day of June, 2008, there are no appearing parties to which service may be had.

_____
David R. Schaefer, Esq., (ct 04384)

AA1762.DOC

# **EXHIBIT A**

document1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEMINI OF WESTMONT, INC. d/b/a SON'S AUTO SUPPLY, on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 3:08-CV-722 |
| vs. | )<br>) MDL No. 1957 |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC. and UNITED COMPONENTS, INC. Defendants. | )<br>)<br>)<br>) JUNE 17, 2008<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ANTHONY J. BOLOGNESE, ESQ.

COMES NOW Anthony J. Bolognese who, after having been duly sworn, deposes and states as follows:

1. I am an attorney practicing with the law firm of Bolognese & Associates, LLC, Two Penn Center 1500 JFK Boulevard, Suite 320, Philadelphia, PA 19102, Tel. (215) 814-6753 Fax (215) 814-6764, Email: abolognese@bolognese-law.com.

2. I am admitted to the following bars: (a) the Eastern District of Pennsylvania; (b) the Court of Appeals for the Third Circuit; and (c) the Supreme Court of Pennsylvania.

3.  I am a member in good standing of each of the bars of which I am a member, and I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the rules of the U.S. District Court for the District of Connecticut.

_____
Anthony J. Bolognese, Esq.

STATE OF __PA__ )
                ) SS:
COUNTY OF __Phila.__ )

Subscribed and sworn to before me on this __17th__ day of June, 2008.

_____
Notary Public
My Commission Expires:

NOTARIAL SEAL
WESLEY D GILLIAM
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Dec 4, 2010