# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:08−cv−00722−JBA

Gemini of Westmont Inc v. Champion Lab Inc et al
Assigned to: Judge Janet Bond Arterton
Lead case: 3:08−cv−00475−JBA
Member cases:
   3:08−cv−00528−JBA
   3:08−cv−00534−JBA
   3:08−cv−00637−JBA
   3:08−cv−00660−JBA
   3:08−cv−00600−JBA
   3:08−cv−00711−JBA
   3:08−cv−00722−JBA
   3:08−cv−00729−JBA
   3:08−cv−00797−JBA
   3:08−cv−00901−JBA
   3:08−cv−00911−JBA
   3:08−cv−01120−JBA
   3:08−cv−00718−JBA
   3:08−cv−00770−JBA
   3:08−cv−00912−JBA
   3:08−cv−00988−JBA
Cause: 15:1 Antitrust Litigation

Date Filed: 05/12/2008
Date Terminated: 07/25/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**Gemini of Westmont Inc**
*I/ &o/b/o all others similarly situated*
*doing business as*
Son's Auto Supply

represented by **Anthony J. Bolognese**
Bolognese &Associates
1500 JFK Blvd., Suite 320
Philadelphia, PA 19102
215−814−6750
Fax: 215−814−6764
Email: abolognese@bolognese−law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David R. Schaefer**
Brenner, Saltzman &Wallman
271 Whitney Ave.
New Haven, CT 06511−1746
203−772−2600
Fax: 203−562−2098
Email: dschaefer@bswlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua H. Grabar**
Bolognese &Associates
1500 JFK Blvd., Suite 320
Philadelphia, PA 19102
215−814−6753
Fax: 215−814−6764
Email: jgrabar@bolognese−law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Champion Lab Inc**

**Defendant**

**Purolator Filters NA LLC**

**Defendant**

**Honeywell Intl Inc**

**Defendant**

**Wix Filtration Corp LLC**

**Defendant**

**Cummins Filtration Inc**

**Defendant**

**Donaldson Co**

**Defendant**

**Baldwin Filters Inc**

**Defendant**

**Bosch USA**

**Defendant**

**Mann + Hummel USA Inc**

**Defendant**

**Arvinmeritor Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2008 | Ï 1 | COMPLAINT against Baldwin Filters Inc, Bosch USA, Mann + Hummel USA Inc, |

| | | |
|---|---|---|
| | | Arvinmeritor Inc, Champion Lab Inc, Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Corp LLC, Cummins Filtration Inc, Donaldson Co (Filing fee $350 receipt number N024537), filed by Gemini of Westmont Inc. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/12/2008 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 8/12/2008. Amended Pleadings due by 7/11/2008; Discovery due by 11/11/2008; Dispositive Motions due by 12/11/2008. Signed by Clerk on 5/12/2008. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/12/2008 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Mark R. Kravitz on 5/12/2008. (Kelsey, N.) (Entered: 05/14/2008) |
| 05/12/2008 | Ï 4 | NOTICE of Appearance by David R. Schaefer on behalf of Gemini of Westmont Inc (Kelsey, N.) (Entered: 05/14/2008) |
| 05/12/2008 | Ï | Summons Issued as to Baldwin Filters Inc, Bosch USA, Mann + Hummel USA Inc, Arvinmeritor Inc, Champion Lab Inc, Purolator Filters NA LLC, Honeywell Intl Inc, Wix Filtration Corp LLC, Cummins Filtration Inc, Donaldson Co. (Kelsey, N.) (Entered: 05/14/2008) |
| 06/04/2008 | Ï 5 | MOTION to Transfer/Disqualify/Recuse Judge *Action to the Docket of the Honorable Janet Bond Arterton* by Gemini of Westmont Inc. (Schaefer, David) (Entered: 06/04/2008) |
| 06/04/2008 | Ï 6 | Memorandum in Support re 5 MOTION to Transfer/Disqualify/Recuse Judge *Action to the Docket of the Honorable Janet Bond Arterton* filed by Gemini of Westmont Inc. (Schaefer, David) (Entered: 06/04/2008) |
| 06/06/2008 | Ï 7 | ORDER granting 5 Motion to Transfer/Disqualify/Recuse Judge. Signed by Judge Mark R. Kravitz on 6/6/2008. (Carotenuto, R.) (Entered: 06/06/2008) |
| 06/09/2008 | Ï 8 | ORDER OF TRANSFER. Case reassigned to Judge Janet Bond Arterton for all further proceedings. Signed by Judge Mark R. Kravitz on 6/9/08. (Brown, S.) (Entered: 06/12/2008) |
| 06/09/2008 | Ï 9 | ELECTRONIC Order on Pretrial Deadlines: This case was transferred to Judge Janet Bond Arterton, all deadlines remain in effect until further order of the Court. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE.. Signed by Judge Janet Bond Arterton on 6/9/08. (Torday, B.) (Entered: 06/13/2008) |
| 06/09/2008 | Ï 10 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet Bond Arterton on 6/9/08. (Torday, B.) (Entered: 06/13/2008) |
| 06/25/2008 | Ï 11 | MOTION for Leave to Appear Pro Hac Vice Attorney Anthony J. Bolognese, Esq.. Filing Fee $25.00. Receipt Number N024885. by Gemini of Westmont Inc. (Villano, P.) (Entered: 06/27/2008) |
| 06/25/2008 | Ï 12 | MOTION for Leave to Appear Pro Hac Vice Attorney Joshua H. Grabar, Esq.. Filing Fee $25.00. Receipt Number N024884. by Gemini of Westmont Inc. (Villano, P.) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 13 | ELECTRONIC ORDER granting 11 Motion to Appear Pro Hac Vice Attorney Anthony J. Bolognese for Gemini of Westmont Inc, Joshua H. Grabar for Gemini of Westmont Inc added.; granting 12 Motion to Appear Pro Hac Vice Attorney Anthony J. Bolognese for Gemini of Westmont Inc, Joshua H. Grabar for Gemini of Westmont Inc added.. Signed by Clerk on 6/27/08. (Villano, P.) (Entered: 06/27/2008) |
| 07/25/2008 | Ï 14 | ORDER OF CONSOLIDATION of cases 3:08cv600, 3:08cv711, 3:08cv722, 3:08cv729, 3:08cv797, 3:08cv901, 3:08cv911 to Lead Case # 3:08cv475(JBA).. Signed by Judge Janet Bond Arterton on 7/25/08. (Malone, P.) (Entered: 07/29/2008) |

| 07/25/2008 | Ï | Cases associated. Create association to 3:08−cv−00475−JBA. (Malone, P.) (Entered: 07/29/2008) |
|---|---|---|
| 08/25/2008 | Ï 15 | MDL Transfer ORDER Case Transferred to the Eastern Division of Northern District of Illinois. Signed by J. Fredrick Motz MDL Pannel on 8/18/08(Malone, P.) (Entered: 08/29/2008) |

Case 1:08-cv-04791    Document 16    Filed 09/03/2008    Page 4 of 4